

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2022

No. 04-22-00410-CV

**ALL OCCUPANTS**,
Appellant

v.

**V&S TOTAL TRADE, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV01033
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On October 13, 2022, this court ordered Appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines were suspended.

On October 26, 2022, Appellant filed a response. Appellant's response is sufficient to reinstate this appeal on the court's docket, without prejudice to the parties raising the issue of mootness in their briefs if they so desire.

**We reinstate the appellate timetable. Appellant's brief is due thirty days from the date of this order.**

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court